United States District Court
Southern District of Texas
**ENTERED**
January 13, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SYLVESTER CLINTON, § § | |
| Plaintiff, § § | |
| v. § § | |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC; NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; and PENNYMAC LOAN SERVICES, LLC, § § § § § § | CIVIL ACTION NO. H-25-5421 |
| Defendants. § | |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting PennyMac's Motion to Dismiss, this action is **DISMISSED WITH PREJUDICE** as to defendant PennyMac and **WITHOUT PREJUDICE** as to defendants Rushmore Loan Management Services, LLC and NationStar Mortgage, LLC d/b/a Mr. Cooper.

Costs will be taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 13th day of January, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE